CAROL W. WU
25A CRESCENT DRIVE, SUITE 413
PLEASANT HILL, CA 94523
(408) 404-7039
Trustee in Bankruptcy



## IN THE UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF CALIFORNIA - San Jose

| In re: | Case No. 04-57894 |
|---|---|
| **CLINGENIX INC.** | Chapter 7 |
| Debtor(s) | NOTICE OF UNCLAIMED DIVIDENDS |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $2,197.17. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 6 | May's Tax & Business Services<br>20370 Town Center Lane<br>Cupertino, CA 95014 | 4,500.00 | 331.12 |
| 28 | M.J. Life Enterprises, LTD<br>2F. No. 236 Tun Hwo North Road<br>Taipei, Taiwan, ROC | 16,610.32 | 1,222.21 |
| 33 | Yuan Hong Ma<br>284 Bonita Lane<br>Foster City, CA 94404 | 8,750.00 | 643.84 |

Total Unclaimed Dividends: $2,197.17

Dated: July 29, 2011

CAROL W. WU, TRUSTEE